1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                           DISTRICT OF NEVADA

8                                   * * *

9    LARY JAMES PLUMLEE,                   Case No. 3:13-cv-00129-MMD-VPC

10                         Petitioner,                 ORDER

11          v.

     I. BACA, et al.,
12

                         Respondents.
13

14

15          This habeas matter comes before the Court for initial review under Rule 4 of the

16   Rules Governing Section 2254 Cases.  The filing fee has been paid.

17          Following initial review, it appears that the petition is a successive petition.

18   Petitioner therefore will be directed to show cause in writing why the petition should not

19   be transferred and referred to the Court of Appeals as a successive petition.

20   **I.      BACKGROUND**

21          Petitioner Lary James Plumlee challenges his October 3, 1992, Nevada state

22   conviction, pursuant to a jury verdict, of first-degree murder with the use of a deadly

23   weapon and robbery with the use of a deadly weapon.  He was convicted of these

24   offenses in connection with his April 11, 1991, armed robbery and murder of Wilbur

25   Richard Beard.

26          Petitioner previously challenged the same judgment of conviction in this Court in

27   Case No. 3:00-cv-00244-ECR-VPC.  The Court denied the petition on the merits on

28   August 15, 2003.  The Court of Appeals, sitting *en banc*, affirmed, in a published

1   opinion.  *See Plumlee v. Masto*, 512 F.3d 1204 (9th Cir.)(*en banc*), *cert. denied*, 553

2   U.S. 1085 (2008).

3        The online docket records of the Ninth Circuit do not reflect that petitioner has

4   sought and obtained permission from that court to file a second or successive petition.

5   **II.     DISCUSSION**

6        Under 28 U.S.C. § 2244(b)(3), before a second or successive petition is filed in

7   the federal district court, the petitioner must move in the court of appeals for an order

8   authorizing the district court to consider the petition.  A federal district court does not

9   have jurisdiction to entertain a successive petition absent such permission.  In the

10  present petition, petitioner seeks to challenge the same judgment of conviction that he

11  previously challenged in this Court.  The present petition constitutes a second or

12  successive petition because the prior petition was dismissed on the merits.  *E.g.,*

13  *Henderson v. Lampert*, 396 F.3d 1049, 1052-53 (9th Cir. 2005).  Accordingly, petitioner

14  must show cause why the present petition should not be transferred and referred to the

15  Court of Appeals because he did not first obtain permission from the Court of Appeals

16  for this Court to consider the petition.

17       The Court does not find that the interests of justice require the appointment of

18  counsel during the pendency of the show-cause inquiry.

19  **III.    CONCLUSION**

20       IT IS THEREFORE ORDERED that the Clerk of Court shall file the petition and

21  accompanying motion for appointment of counsel.

22       IT IS FURTHER ORDERED that, within thirty (30) days of entry of this order,

23  petitioner shall SHOW CAUSE in writing why the petition should not be transferred and

24  referred to the Court of Appeals as a successive petition.  If petitioner does not timely

25  respond to this order, the petition will be transferred to the Court of Appeals as a

26  successive petition.

27       IT IS FURTHER ORDERED that all assertions of fact made by petitioner in

28  response to this show-cause order must be detailed, must be specific as to time and

1 place, and must be supported by competent evidence. The Court will not consider any

2 assertions of fact that are not specific as to time and place, that are not made pursuant

3 to a declaration under penalty of perjury based upon personal knowledge, and/or that

4 are not supported by competent evidence filed by petitioner in the federal record.

5 Petitioner thus must attach copies of all materials upon which he bases his argument

6 that the petition should not be transferred as a successive petition.   Unsupported

7 assertions of fact will be disregarded.

8         IT IS FURTHER ORDERED that this order does not signify by omission that

9 either the petition or the claims therein otherwise are free of deficiencies, as the Court

10 defers consideration of any other deficiencies in the papers presented until after

11 assessing the issue raised herein in the first instance.

12         DATED THIS 10th day of April 2013.

13

14                                                    _____
     MIRANDA M. DU
15                                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28